LION RAISINS, INC., Plaintiff–
Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 02–5157.

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

James S. FERRARA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 01–3270.

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

PRECISION FOODS, INC., Appellant,

v.

MAJOR PRODUCTS CO.,
INC., Appellee.

No. 02–1167.

United States Court of Appeals,
Federal Circuit.

Oct. 9, 2002.

Before MICHEL, Circuit Judge,
PLAGER, Senior Circuit Judge, and
LOURIE, Circuit Judge.

*Judgment*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.